RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Martin Romero-Gallegos

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN ROMERO-GALLEGOS,<br><br>    Defendant. | Case No. 2:21-mj-00505-DJA<br><br>ORDER **TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Martin Romero-Gallegos, that the Preliminary Hearing currently scheduled on September 27, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

    This Stipulation is entered into for the following reasons:

    1.    Parties have entered negotiations and need the additional time to resolve this matter.

    2.    Defendant is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 24th day of September 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BEJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Jared Grimmer*<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00505-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| MARTIN ROMERO-GALLEGOS, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on September 27, 2021 at the hour of 4:00 p.m., be vacated and continued to December 27, 2021, at 4:00 p.m., Courtroom 3A.

DATED this 27th day of September 2021.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS